**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

MATHEW J. DEBOARD,

    Plaintiff,

  vs.

DAYTON DRONES, LLC, et. al.,

    Defendants.

:    Case No. 3:16-cv-068

_____

**ORDER OF DISMISSAL: TERMINATION ENTRY**
_____

      The Court having been advised by counsel for the parties that the above matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED,** with prejudice as to the parties, provided that any of the parties may, upon good cause shown **within 60 days**, reopen the action if settlement is not consummated.

      Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

      The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

      **IT IS SO ORDERED.**


December 30, 2016                       s/ Walter H. Rice
                                                WALTER H. RICE, JUDGE
                                                UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record